**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff T.J.N.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.J.N., a minor by and through his Guardian Ad Litem WILLIAM NAVAROLI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SIMI VALLEY, TYLER WILLIAMSON, and ERIC COOK,<br><br>　　　　　Defendants. | Case No.: 2:25cv11601<br><br>**APPLICATION OF WILLIAM NAVAROLI FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF T.J.N.** |

# APPLICATION OF WILLIAM NAVAROLI FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR T.J.N.

1. T.J.N. is a minor plaintiff in the above-referenced case.

2. T.J.N. was born on March 18, 2008.

3. William Navaroli is the father of minor plaintiff T.J.N.

4. William Navaroli is not a plaintiff in this case and has no interest potentially adverse to minor plaintiff T.J.N.

5. William Navaroli is a responsible adult and fully competent to understand and protect the rights of T.J.N. *See* Consent Declaration of Nominee to Appointment as Guardian ad Litem for Minor Plaintiff T.J.N., filed concurrently herewith.

6. Plaintiff therefore respectfully requests an order appointing William Navaroli as Guardian ad Litem for minor plaintiff T.J.N.

Dated: December 5, 2025          **LAW OFFICES OF DALE K. GALIPO**

                                 By:   /s/   Cooper Alison-Mayne
                                       Dale K. Galipo
                                       Cooper Alison-Mayne
                                       *Attorneys for Plaintiff*

Dated: 12/5/2025                 By:   *William Martin Navaroli*
                                       William Navaroli