**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff T.J.N.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.J.N., a minor by and through his Guardian Ad Litem WILLIAM NAVAROLI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SIMI VALLEY, TYLER WILLIAMSON, and ERIC COOK,<br><br>　　　　　Defendants. | Case No.: 2:25cv11601<br><br>**CONSENT DECLARATION OF NOMINEE WILLIAM NAVAROLI AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF T.J.N.** |

DECLARATION AND CONSENT OF NOMINEE FOR APPOINTMENT AS GUARDIAN AD LITEM

**CONSENT DECLARATION OF NOMINEE**

I, William Navaroli, the nominee and father of T.J.N., who is a minor plaintiff in the above-referenced action, consent to act as Guardian Ad Litem of the minor plaintiff T.J.N. in the above-referenced action.

I am a fully competent and responsible adult. I am qualified to understand and protect the rights of the minor plaintiff T.J.N., and have no interests adverse to the interests of the minor plaintiff T.J.N.

I declare, under penalty of perjury and under the laws of the United States, that the foregoing is true and correct.

Executed on __12/5/2025__ in Simi Valley, California.

DocuSigned by:

*William Martin Navaroli*

9E613EF859B64E8...

William Navaroli

---

2

DECLARATION AND CONSENT OF NOMINEE FOR APPOINTMENT AS GUARDIAN AD LITEM