| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>LAW OFFICES OF DALE K. GALIPO<br>Dale K. Galipo (SBN 144074)<br>dalekgalipo@yahoo.com<br>Cooper Alison-Mayne (SBN 343169)<br>cmayne@galipolaw.com<br>21800 Burbank Boulevard, Suite 310<br>Woodland Hills, CA 91367<br>Phone: (818) 347-3333<br>ATTORNEY(S) FOR: Plaintiff | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.J.N., a minor by and through his Guardian Ad Litem WILLIAM NAVAROLI<br><br>Plaintiff(s),<br>v.<br>CITY OF SIMI VALLEY, TYLER WILLIAMSON, and ERIC COOK<br><br>Defendant(s) | CASE NUMBER:<br>2:25cv11601-MEMF-RAO<br><br>**CERTIFICATION AND NOTICE**<br>**OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| T.J.N., a minor | Plaintiff |
| William Navaroli | Guardian ad Litem |
| City of Simi Valley | Defendant |
| Tyler Williamson | Defendant |
| Eric Cook | Defendant |

| | |
|---|---|
| December 15, 2025<br>Date | /s/ Cooper Alison-Mayne<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff