**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff T.J.N.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.J.N., a minor by and through his Guardian Ad Litem WILLIAM NAVAROLI,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SIMI VALLEY, TYLER WILLIAMSON, and ERIC COOK,<br><br>Defendants. | Case No.: 2:25cv11601-MEMF-RAO<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION OF WILLIAM NAVAROLI FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF T.J.N. |

1   IT IS HEREBY ORDERED THAT the application of William Navaroli for
2   appointment of Guardian ad Litem for Plaintiff T.J.N. is granted.
3
4   IT IS SO ORDERED
5
6
7   Dated: 12/19/2025        By: _____
                                  Honorable Rozella A. Oliver
8                                 United States Magistrate Judge