Lisa W. Lee (SBN 186495)
E-mail: llee@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendant
CITY OF SIMI VALLEY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.J.N., a minor by and through his Guardian Ad Litem WILLIAM NAVAROLI,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SIMI VALLEY, TYLER WILLIAMSON, and ERIC COOK,<br><br>Defendants. | Case No. 2:25-cv-11601-MEMF (RAOX)<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**DEFENDANT CITY OF SIMI VALLEY'S ANSWER TO PLAINTIFF'S COMPLAINT** |

Defendant CITY OF SIMI VALLEY answers the Plaintiff's Complaint for Damages for itself and for no other parties, admit, deny and allege as follows:

## INTRODUCTION

1. Answering paragraph 1. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## THE PARTIES

2. Answering paragraph 2. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis

denies the allegations.

3. Answering paragraph 3. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations, except for the following allegations which are admitted:

Defendant CITY OF SIMI VALLEY, is and at all times in the Complaint was, an incorporated public entity duly authorized and existing as such in and under the laws of the State of California.  The Simi Valley Police Department is a police department within the City of Simi Valley.

4. Answering paragraph 4. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations except for the following allegations which are admitted:

Tyler Williamson was employed as a law enforcement officer with the City of Simi Valley during the relevant times in Plaintiff's Complaint.

5. Answering paragraph 5. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations except for the following allegations which are admitted:

Defendant Eric Cook was employed as a law enforcement officer with the City of Simi Valley during the relevant times in Plaintiff's Complaint.

6. Answering paragraph 6. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## **JURISDICTION AND VENUE**

7. Answering paragraph 7. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations, except for the following allegations which are admitted:

Jurisdiction of the subject matter of this action is established in this Court pursuant to 28 U.S.C. Sections 1331 and 1343.

8. Answering paragraph 8. Defendant lacks sufficient information and

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4933-4008-1540 v1

2

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANT'S ANSWER TO COMPLAINT

belief upon which to answer the allegations contained therein, and on that basis denies the allegations, except for the following allegations which are admitted:

The proper venue is Central District of California, Western Division.

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

9. Answering paragraph 9. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

10. Answering paragraph 10. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

11. Answering paragraph 11. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

12. Answering paragraph 12. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

13. Answering paragraph 13. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

14. Answering paragraph 14. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

15. Answering paragraph 15. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

16. Answering paragraph 16. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4933-4008-1540 v1

3

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANT'S ANSWER TO COMPLAINT

17. Answering paragraph 17. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

# FIRST CLAIM FOR RELIEF

## Fourth Amendment – Excessive Force (42 U.S.C. § 1983)

*(Against WILLIAMSON)*

18. Answering paragraph 18. which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

19. Answering paragraph 19. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

20. Answering paragraph 20. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

21. Answering paragraph 21. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

22. Answering paragraph 22. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

23. Answering paragraph 23. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

24. Answering paragraph 24. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

25. Answering paragraph 25. Defendant lacks sufficient information and

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4933-4008-1540 v1

4

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANT'S ANSWER TO COMPLAINT

belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

26. Answering paragraph 26. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

27. Answering paragraph 27. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

28. Answering paragraph 28. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## SECOND CLAIM FOR RELIEF

### Fourth Amendment – False Arrest (42 U.S.C. § 1983)

*(Against WILLIAMSON and COOK)*

29. Answering paragraph 29. which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

30. Answering paragraph 30. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

31. Answering paragraph 31. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

32. Answering paragraph 32. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

33. Answering paragraph 33. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4933-4008-1540 v1

5

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANT'S ANSWER TO COMPLAINT

denies the allegations.

34. Answering paragraph 34. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

35. Answering paragraph 35. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

36. Answering paragraph 36. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

37. Answering paragraph 37. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

38. Answering paragraph 38. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

39. Answering paragraph 39. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

40. Answering paragraph 40. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

41. Answering paragraph 41. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

42. Answering paragraph 42. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4933-4008-1540 v1

6

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANT'S ANSWER TO COMPLAINT

43. Answering paragraph 43. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

44. Answering paragraph 44. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

### THIRD CLAIM FOR RELIEF

### Municipal Liability – Ratification (42 U.S.C. § 1983)

*(Against City)*

45. Answering paragraph 45. which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

46. Answering paragraph 46. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

47. Answering paragraph 47. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

48. Answering paragraph 48. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

49. Answering paragraph 49. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

50. Answering paragraph 50. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

51. Answering paragraph 51. Defendant lacks sufficient information and

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4933-4008-1540 v1

7

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANT'S ANSWER TO COMPLAINT

belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

52. Answering paragraph 52. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## FOURTH CLAIM FOR RELIEF

### Battery (Cal. Govt. Code § 820 and California Common Law)

*(Against WILLIAMSON and CITY)*

53. Answering paragraph 53. which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

54. Answering paragraph 54. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

55. Answering paragraph 55. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

56. Answering paragraph 56. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

57. Answering paragraph 57. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

58. Answering paragraph 58. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

59. Answering paragraph 59. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4933-4008-1540 v1

8

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANT'S ANSWER TO COMPLAINT

denies the allegations.

60. Answering paragraph 60. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

61. Answering paragraph 61. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

62. Answering paragraph 62. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## FIFTH CLAIM FOR RELIEF

**Negligence (Cal. Govt. Code § 820 and California Common Law)**

*(Against All Defendants)*

63. Answering paragraph 63. which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

64. Answering paragraph 64. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

65. Answering paragraph 65. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

66. Answering paragraph 66. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

67. Answering paragraph 67. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4933-4008-1540 v1

9

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANT'S ANSWER TO COMPLAINT

68. Answering paragraph 68. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

69. Answering paragraph 69. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## SIXTH CLAIM FOR RELIEF

**False Imprisonment (Cal. Govt. Code § 820 and California Common Law)**

*(Against WILLIAMSON and CITY)*

70. Answering paragraph 70. which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

71. Answering paragraph 71. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

72. Answering paragraph 72. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

73. Answering paragraph 73. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

74. Answering paragraph 74. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

75. Answering paragraph 75. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

76. Answering paragraph 76. Defendant lacks sufficient information and

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4933-4008-1540 v1

10

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANT'S ANSWER TO COMPLAINT

belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

77. Answering paragraph 77. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations

## SEVENTH CLAIM FOR RELIEF

### Violation of Cal. Civil Code § 52.1

*(Against WILLIAMSON and CITY)*

78. Answering paragraph 78. which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

79. Answering paragraph 79. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

80. Answering paragraph 80. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

81. Answering paragraph 81. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

82. Answering paragraph 82. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

83. Answering paragraph 83. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

84. Answering paragraph 84. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4933-4008-1540 v1

11

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANT'S ANSWER TO COMPLAINT

denies the allegations.

85. Answering paragraph 85. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

86. Answering paragraph 86. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

87. Answering paragraph 87. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

88. Answering paragraph 88. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

89. Answering paragraph 89. Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## **AFFIRMATIVE DEFENSES**

As separate and distinct affirmative defenses, Defendant alleges each of the following:

1. Defendant presently has insufficient knowledge or information upon which to form a belief as to whether Defendant may have additional affirmative defenses to Plaintiff's Complaint. Defendant reserves the right to assert additional defenses in the event that discovery indicates that such affirmative defenses are appropriate.

2. Defendant City and all Defendants sued in their official capacities are immune from the imposition of punitive damages.

3. Neither a public entity, nor a public employee, is liable for his/her act or omission exercising due care, in the execution or enforcement of any law.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4933-4008-1540 v1

12

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANT'S ANSWER TO COMPLAINT

4. Wrongful act of Plaintiff or others. Any injury or damage suffered was due to or caused solely by reason of Plaintiff or other's wrongful acts and conduct, and not by reason of any wrongful acts or omissions of Defendant.

5. The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable and necessary for self-defense.

6. The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable and necessary for the defense of others.

7. As to the federal claims and theories of recovery, the individual Defendants are protected from liability under the doctrine of qualified immunity, because Defendants' conduct did not violate clearly established statutory or constitutional rights of which a reasonable officer would have known.

8. As to the federal claims and theories of recovery, the answering Defendants are protected from liability under the doctrine of witness immunity.

9. Plaintiff failed to state facts sufficient to constitute a cause of action on which relief can be granted against Defendants.

10. The damages alleged were directly and proximately caused and contributed to by the negligence of Plaintiff, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

11. The damages alleged were directly and proximately caused and contributed to by the negligence of one or more third parties, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

12. Plaintiff is bound to exercise reasonable care and diligence to avoid loss and to minimize damages complained of, if any, and Plaintiff may not recover for losses that could have been prevented by him reasonable efforts or by expenditures that he might have reasonably made. To the extent that Plaintiff has failed to take reasonable measures/ action to avoid the injuries/damages alleged in his Complaint, any recovery should be reduced accordingly.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4933-4008-1540 v1

13

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANT'S ANSWER TO COMPLAINT

13. Plaintiff lacks standing to sue.

14. Plaintiff is barred from seeking equitable relief because he has adequate legal remedies for any alleged injuries.

15. Plaintiff's state law claims are barred due to failure to comply with the Government Tort Claims Act as set forth in the California Government Code.

16. Plaintiff's claims are barred by the applicable statute of limitations. including but not limited to, Government Code §§ 911.2(a), 911.4(b), 915, et seq., 945.4, 946.6(b), (f); Code of Civil Procedure § 335.1

17. Plaintiff's Complaint is potentially barred by *Susag v. City of Lake Forest* 94 Cal.App.4th 1401 (2002), and/or *Heck v. Humphrey* (1994).

18. Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

   a. Government Code §§ 815(a); 815.2; 818; 820.2; 820.4; 820.8; 820.9; 821.6; 822.2; 844.6, 845; 845.6; 845.8; 855.4; 855.6; 855.8; Civil Code § 3333.3;

   b. California Penal Code §§ 835a; 836.5; and 847(b);

   c. California Health and Safety Code §1799.106

   d. California Vehicle Code 17004, 17004.7; SB 719 (2005).

Defendant hereby reserves the right to amend this Answer in accordance with the Federal Rules of Civil Procedure.

## PRAYER FOR RELIEF

W H E R E F O R E, Defendant CITY OF SIMI VALLEY prays for judgment as follows:

1. That Plaintiff take nothing by this action and his requests for relief be denied;

2. That the action be dismissed;

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4933-4008-1540 v1

14

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANT'S ANSWER TO COMPLAINT

3. That Defendant be awarded costs of suit;

4. That Defendant be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

### DEMAND FOR JURY TRIAL

Defendant CITY OF SIMI VALLEY demands and requests a trial by jury in this matter.

Dated: January 7, 2026                BURKE, WILLIAMS & SORENSEN, LLP

By: _____/s/ Lisa W. Lee_____
Lisa W. Lee
Attorneys for Defendant
CITY OF SIMI VALLEY

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4933-4008-1540 v1

15

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANT'S ANSWER TO COMPLAINT