Lisa W. Lee (SBN 186495)
E-mail:  llee@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel:  213.236.0600   Fax:  213.236.2700

Attorneys for Defendant
CITY OF SIMI VALLEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| T.J.N., a minor by and through his Guardian Ad Litem WILLIAM NAVAROLI,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SIMI VALLEY, TYLER WILLIAMSON, and ERIC COOK,<br><br>Defendants. | Case No. 2:25-cv-11601-MEMF (RAOx)<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**DEFENDANT'S NOTICE OF INTERESTED PARTIES** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

The undersigned, counsel of record for Defendant City of Simi Valley certifies the following listed parties have a direct, pecuniary interest in the outcome of the case.

| | | |
|---|---|---|
| 1. | T.J. N., a minor by and through his Guardian Ad Litem William Navaroli | Plaintiff |
| 2. | William Navaroli | Plaintiff |
| 3. | City of Simi Valley | Defendant |
| 4. | Tyler Williamson | Defendant |
| 5. | Eric Cook | Defendant |

1  These representations are made to enable the court to evaluate the
2  disqualifications or recusal.

4  Dated: January 7, 2026               BURKE, WILLIAMS & SORENSEN, LLP

7                                By:     /s/ Lisa W. Lee
                                         Lisa W. Lee
8                                        Attorneys for Defendant
                                         CITY OF SIMI VALLEY

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4914-8259-4436 v1

2

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANT'S NOTICE OF INTERESTED PARTIES