**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff T.J.N.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.J.N., a minor by and through his Guardian Ad Litem WILLIAM NAVAROLI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SIMI VALLEY, TYLER WILLIAMSON, and ERIC COOK,<br><br>　　　　Defendants. | Case No.: 2:25-cv-11601- MEMF−RAO<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT FOR DAMAGES** |

.
PROOF OF SERVICE OF SUMMONS AND COMPLAINT

**TO THIS HONORABLE COURT:**

    Pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) and a written agreement between the parties, Plaintiff hereby submits his proof of service of the Complaint for Damages, and Summons Issued on Defendants' TYLER WILLIAMSON, and ERIC COOK (attached hereto as Exhibit "A").

Dated: February 9, 2026      **LAW OFFICES OF DALE K. GALIPO**
                                        By: */s/ Cooper Alison-Mayne*
                                        Dale K. Galipo
                                        Cooper Alison-Mayne