# EXHIBIT A

# Darci Gilbert

| | |
|---|---|
| **From:** | Lee, Lisa W. <LLee@bwslaw.com> |
| **Sent:** | Monday, February 9, 2026 9:30 AM |
| **To:** | Darci Gilbert |
| **Cc:** | Cooper Mayne; Cole, Rhonda M. |
| **Subject:** | RE: T.J.N. v. City of Simi Valley, et al - Service of Complaint and Summons |

External (llee@bwslaw.com) 

Graymail  Spam  Phish  More...  FAQ  Protection by INKY

Darci,

Please be sure to copy my secretary Rhonda Cole in all future correspondence. She is copied here.

Thank you.

**Lisa W. Lee | Partner**

**Burke, Williams & Sorensen, LLP**
444 South Flower Street, 40th Floor, Los Angeles, CA 90071
**D** 213.236.2744  |  **O** 213.236.0600  |  **F** 213.236.2700
llee@bwslaw.com  |  vCard  |  Bio  |  bwslaw.com



The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

.

**From:** Darci Gilbert <dgilbert@galipolaw.com>
**Sent:** Monday, February 9, 2026 9:22 AM
**To:** Lee, Lisa W. <LLee@bwslaw.com>
**Cc:** Cooper Mayne <CMayne@galipolaw.com>
**Subject:** T.J.N. v. City of Simi Valley, et al - Service of Complaint and Summons

**[EXTERNAL]**

Good morning Ms. Lee,

It is my understanding that you have agreed to accept e-service of the Complaint and Summons for Defendants Tyler Williamson and Eric Cook.

Attached is the Complaint for Damages, Summons issued, and other documents pertaining to the case.

We appreciate you accepting e-service for these documents.   If you will please reply and acknowledge receipt of these documents.  Should you have any questions, please contact our office.

Best regards,
Darci Gilbert

**Darci Gilbert, Litigation Assistant** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: dgilbert@galipolaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

If you are a potential client, the information you disclose to us by email will be kept in strict confidence and will be protected to the full extent of the law.  Please be advised, however, that The Law Offices of Dale K. Galipo and its lawyers do not represent you until you have signed a retainer agreement with the firm.  Until that time, you are responsible for any statutes of limitations or other deadlines for your case or potential case

| UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| **TITLE OF CASE (Abbreviated)**<br>T.J.N. v. City of Simi Valley, et al. | |
| **ATTORNEY(S) NAME AND ADDRESS**<br>LAW OFFICES OF DALE K. GALIPO<br>Dale K. Galipo, dalekgalipo@yahoo.com<br>Cooper Alison-Mayne, cmayne@galipolaw.com<br>21800 Burbank Blvd, Suite 310<br>Woodland Hills, California 91367<br>Fax: (818) 347-4118 | |
| **ATTTORNEY(S) FOR: Plaintiffs** | Case No. 2:25-cv-11601<br>Judge: Maame Ewusi-Mensah Frimpong |

# DECLARATION OF SERVICE

I, am employed in the County of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action. My business address is 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367. On February 9, 2026, I served the foregoing document described as: **SUMMONS ISSUED, AND COMPLAINT FOR DAMAGES** on all interested parties, through their respective attorneys of record in this action by placing a true copy thereof enclosed in a sealed envelope addressed as specified below:

## SEE ATTACHED SERVICE LIST

## METHOD OF SERVICE

☐ (BY MAIL) I enclosed the documents in a sealed envelope or package and addressed to the parties at the address specified above.

☐ I deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid thereon.

☐ I placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of this office for the collection, processing and mailing of documents. On the same day that documents are placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ (BY ELECTRONIC SERVICE) I caused the foregoing document(s) to be sent via electronic transmittal to the notification addresses listed below as registered with this court's case management/electronic court filing system.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 9, 2026        /S/  *Darci Gilbert*
                                     Darci Gilbert

**SERVICE LIST**

Lisa W. Lee
Burke, Williams and Sorensen LLP
444 South Flower Street, 40th Floor
Los Angeles, CA 90071-2942
213-236-0600
Email: llee@bwslaw.com

Attorney for City of Simi Valley