Lisa W. Lee (SBN 186495)
E-mail: llee@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendants
CITY OF SIMI VALLEY, TYLER WILLIAMSON and ERIC COOK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.J.N., a minor by and through his Guardian Ad Litem WILLIAM NAVAROLI,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SIMI VALLEY, TYLER WILLIAMSON, and ERIC COOK,<br><br>Defendants. | Case No. 2:25-CV-11601-MEMF (RAOX)<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**DEFENDANTS TYLER WILLIAMSON AND ERIC COOK'S ANSWER TO PLAINTIFF'S COMPLAINT** |

Defendants TYLER WILLIAMSON and ERIC COOK answer the Plaintiff's Complaint for Damages for themselves and for no other parties, admit, deny and allege as follows:

## INTRODUCTION

1. Answering paragraph 1. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

///

# THE PARTIES

2. Answering paragraph 2. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

3. Answering paragraph 3. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations, except for the following allegations which are admitted:

Defendant CITY OF SIMI VALLEY, is and at all times in the Complaint was, an incorporated public entity duly authorized and existing as such in and under the laws of the State of California. The Simi Valley Police Department is a police department within the City of Simi Valley.

4. Answering paragraph 4. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations except for the following allegations which are admitted:

Defendant Tyler Williamson was employed as a law enforcement officer with the City of Simi Valley during the relevant times in Plaintiff's Complaint.

5. Answering paragraph 5. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations except for the following allegations which are admitted:

Defendant Eric Cook was employed as a law enforcement officer with the City of Simi Valley during the relevant times in Plaintiff's Complaint.

6. Answering paragraph 6. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

# JURISDICTION AND VENUE

7. Answering paragraph 7. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations, except for the following allegations which are admitted:

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4927-1667-0350 v1

2

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANTS' ANSWER TO COMPLAINT

Jurisdiction of the subject matter of this action is established in this Court pursuant to 28 U.S.C. Sections 1331 and 1343.

8. Answering paragraph 8. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations, except for the following allegations which are admitted:

The proper venue is Central District of California, Western Division.

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

9. Answering paragraph 9. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

10. Answering paragraph 10. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

11. Answering paragraph 11. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

12. Answering paragraph 12. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

13. Answering paragraph 13. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

14. Answering paragraph 14. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

15. Answering paragraph 15. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4927-1667-0350 v1

3

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANTS' ANSWER TO COMPLAINT

16. Answering paragraph 16. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

17. Answering paragraph 17. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## FIRST CLAIM FOR RELIEF

### Fourth Amendment – Excessive Force (42 U.S.C. § 1983)

*(Against WILLIAMSON)*

18. Answering paragraph 18. which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

19. Answering paragraph 19. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

20. Answering paragraph 20. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

21. Answering paragraph 21. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

22. Answering paragraph 22. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

23. Answering paragraph 23. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

24. Answering paragraph 24. Defendants lack sufficient information and

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4927-1667-0350 v1

4

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANTS' ANSWER TO COMPLAINT

belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

25. Answering paragraph 25. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

26. Answering paragraph 26. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

27. Answering paragraph 27. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

28. Answering paragraph 28. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## SECOND CLAIM FOR RELIEF

### Fourth Amendment – False Arrest (42 U.S.C. § 1983)

*(Against WILLIAMSON and COOK)*

29. Answering paragraph 29.  which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

30. Answering paragraph 30. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

31. Answering paragraph 31. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

32. Answering paragraph 32. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4927-1667-0350 v1

5

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANTS' ANSWER TO COMPLAINT

denies the allegations.

33. Answering paragraph 33. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

34. Answering paragraph 34. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

35. Answering paragraph 35. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

36. Answering paragraph 36. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

37. Answering paragraph 37. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

38. Answering paragraph 38. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

39. Answering paragraph 39. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

40. Answering paragraph 40. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

41. Answering paragraph 41. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4927-1667-0350 v1

6

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANTS' ANSWER TO COMPLAINT

42. Answering paragraph 42. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

43. Answering paragraph 43. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

44. Answering paragraph 44. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## THIRD CLAIM FOR RELIEF

### Municipal Liability – Ratification (42 U.S.C. § 1983)

*(Against City)*

45. Answering paragraph 45. which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

46. Answering paragraph 46. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

47. Answering paragraph 47. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

48. Answering paragraph 48. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

49. Answering paragraph 49. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

50. Answering paragraph 50. Defendants lack sufficient information and

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4927-1667-0350 v1

7

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANTS' ANSWER TO COMPLAINT

belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

51. Answering paragraph 51. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

52. Answering paragraph 52. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## FOURTH CLAIM FOR RELIEF

**Battery (Cal. Govt. Code § 820 and California Common Law)**

*(Against WILLIAMSON and CITY)*

53. Answering paragraph 53. which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

54. Answering paragraph 54. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

55. Answering paragraph 55. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

56. Answering paragraph 56. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

57. Answering paragraph 57. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

58. Answering paragraph 58. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4927-1667-0350 v1

8

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANTS' ANSWER TO COMPLAINT

denies the allegations.

59. Answering paragraph 59. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

60. Answering paragraph 60. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

61. Answering paragraph 61. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

62. Answering paragraph 62. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## FIFTH CLAIM FOR RELIEF

**Negligence (Cal. Govt. Code § 820 and California Common Law)**

*(Against All Defendants)*

63. Answering paragraph 63. which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

64. Answering paragraph 64. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

65. Answering paragraph 65. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

66. Answering paragraph 66. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4927-1667-0350 v1

9

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANTS' ANSWER TO COMPLAINT

67. Answering paragraph 67. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

68. Answering paragraph 68. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

69. Answering paragraph 69. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## SIXTH CLAIM FOR RELIEF

**False Imprisonment (Cal. Govt. Code § 820 and California Common Law)**

*(Against WILLIAMSON and CITY)*

70. Answering paragraph 70. which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

71. Answering paragraph 71. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

72. Answering paragraph 72. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

73. Answering paragraph 73. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

74. Answering paragraph 74. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

75. Answering paragraph 75. Defendants lack sufficient information and

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4927-1667-0350 v1

10

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANTS' ANSWER TO COMPLAINT

belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

76. Answering paragraph 76. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

77. Answering paragraph 77. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations

## SEVENTH CLAIM FOR RELIEF

### Violation of Cal. Civil Code § 52.1

*(Against WILLIAMSON and CITY)*

78. Answering paragraph 78. which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

79. Answering paragraph 79. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

80. Answering paragraph 80. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

81. Answering paragraph 81. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

82. Answering paragraph 82. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

83. Answering paragraph 83. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4927-1667-0350 v1

11

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANTS' ANSWER TO COMPLAINT

denies the allegations.

84. Answering paragraph 84. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

85. Answering paragraph 85. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

86. Answering paragraph 86. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

87. Answering paragraph 87. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

88. Answering paragraph 88. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

89. Answering paragraph 89. Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## **AFFIRMATIVE DEFENSES**

As separate and distinct affirmative defenses, Defendants allege each of the following:

1. Defendants presently have insufficient knowledge or information upon which to form a belief as to whether Defendants may have additional affirmative defenses to Plaintiff's Complaint. Defendant reserves the right to assert additional defenses in the event that discovery indicates that such affirmative defenses are appropriate.

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4927-1667-0350 v1

12

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANTS' ANSWER TO COMPLAINT

2. Defendant City and all Defendants sued in their official capacities are immune from the imposition of punitive damages.

3. Neither a public entity, nor a public employee, is liable for his/her act or omission exercising due care, in the execution or enforcement of any law.

4. Wrongful act of Plaintiff or others. Any injury or damage suffered was due to or caused solely by reason of Plaintiff or other's wrongful acts and conduct, and not by reason of any wrongful acts or omissions of Defendant.

5. The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable and necessary for self-defense.

6. The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable and necessary for the defense of others.

7. As to the federal claims and theories of recovery, the individual Defendants are protected from liability under the doctrine of qualified immunity, because Defendants' conduct did not violate clearly established statutory or constitutional rights of which a reasonable officer would have known.

8. As to the federal claims and theories of recovery, the answering Defendants are protected from liability under the doctrine of witness immunity.

9. Plaintiff failed to state facts sufficient to constitute a cause of action on which relief can be granted against Defendants.

10. The damages alleged were directly and proximately caused and contributed to by the negligence of Plaintiff, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

11. The damages alleged were directly and proximately caused and contributed to by the negligence of one or more third parties, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

12. Plaintiff is bound to exercise reasonable care and diligence to avoid loss and to minimize damages complained of, if any, and Plaintiff may not recover

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4927-1667-0350 v1

13

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANTS' ANSWER TO COMPLAINT

for losses that could have been prevented by him reasonable efforts or by expenditures that he might have reasonably made. To the extent that Plaintiff has failed to take reasonable measures/ action to avoid the injuries/damages alleged in his Complaint, any recovery should be reduced accordingly.

13. Plaintiff lacks standing to sue.

14. Plaintiff is barred from seeking equitable relief because he has adequate legal remedies for any alleged injuries.

15. Plaintiff's state law claims are barred due to failure to comply with the Government Tort Claims Act as set forth in the California Government Code.

16. Plaintiff's claims are barred by the applicable statute of limitations. including but not limited to, Government Code §§ 911.2(a), 911.4(b), 915, et seq., 945.4, 946.6(b), (f); Code of Civil Procedure § 335.1

17. Plaintiff's Complaint is potentially barred by *Susag v. City of Lake Forest* 94 Cal.App.4th 1401 (2002), and/or *Heck v. Humphrey* (1994).

18. Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

    a. Government Code §§ 815(a); 815.2; 818; 820.2; 820.4; 820.8; 820.9; 821.6; 822.2; 844.6, 845; 845.6; 845.8; 855.4; 855.6; 855.8; Civil Code § 3333.3;

    b. California Penal Code §§ 835a; 836.5; and 847(b);

    c. California Health and Safety Code §1799.106

    d. California Vehicle Code 17004, 17004.7; SB 719 (2005).

Defendants hereby reserves the right to amend this Answer in accordance with the Federal Rules of Civil Procedure.

///

///

///

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4927-1667-0350 v1

14

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANTS' ANSWER TO COMPLAINT

## PRAYER FOR RELIEF

W H E R E F O R E, Defendants TYLER WILLIAMSON and ERIC COOK pray for judgment as follows:

1. That Plaintiff take nothing by this action and his requests for relief be denied;

2. That the action be dismissed;

3. That Defendants be awarded costs of suit;

4. That Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

## DEMAND FOR JURY TRIAL

Defendants TYLER WILLIAMSON and ERIC COOK demand and request a trial by jury in this matter.

Dated: March 2, 2026                     BURKE, WILLIAMS & SORENSEN, LLP

By:     /s/ Lisa W. Lee
Lisa W. Lee
Attorneys for Defendants
CITY OF SIMI VALLEY, TYLER WILLIAMSON and ERIC COOK

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4927-1667-0350 v1

15

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANTS' ANSWER TO COMPLAINT