Lisa W. Lee (SBN 186495)
E-mail: llee@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendants
CITY OF SIMI VALLEY, TYLER WILLIAMSON and ERIC COOK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.J.N., a minor by and through his Guardian Ad Litem WILLIAM NAVAROLI,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SIMI VALLEY, TYLER WILLIAMSON, and ERIC COOK,<br><br>Defendants. | Case No. 2:25-CV-11601-MEMF (RAOX)<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**DEFENDANTS CITY OF SIMI VALLEY, TYLER WILLIAMSON AND ERIC COOK'S REQUEST TO APPEAR REMOTELY AT SCHEDULING CONFERENCE**<br><br>*[Filed concurrently with Declaration of Lisa W. Lee; and [Proposed] Order]*<br><br>Date: March 12, 2026<br>Time: 10:00 a.m.<br>Ctrm.: 8B |

///
///
///
///
///
///
///
///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4919-0954-3571 v1

1

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANTS' REQUEST TO APPEAR REMOTELY

TO THE HONORABLE MAAMUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE, AND ALL PARTIES HEREIN: Defendants CITY OF SIMI VALLEY, TYLER WILLIAMSON and ERIC COOK ("Defendants") respectfully requests that its counsel, Lisa W. Lee, be: (1) permitted to appear remotely (via Zoom or another remote platform) at the Scheduling Conference set for March 12, 2026, at 10:00am; and (2) in the case that Ms. Lee is unable to appear remotely, that another attorney from Ms. Lee's office who is familiar with the case be permitted to attend in person.

Good cause exists for Defendants' counsel to appear remotely at the Scheduling Conference. Ms. Lee is temporarily residing in the state of Florida and on March 12, 2026 is responsible for the care for her minor daughter.

A remote appearance would necessitate Ms. Lee finding an overnight nanny or babysitter to care for her daughter when she is in California, and spare considerable time and expense occasioned by traveling to/from Florida for the Scheduling Conference. Accordingly, Defendants respectfully request the Court to grant this request for a remote appearance at the Scheduling Conference for Ms. Lee.

In addition, Ms. Lee may have an unforeseen scheduling conflict on the date of the Scheduling Conference but will not know until end of day March 9, 2026. If the Court does not grant Defendants' request for Ms. Lee to appear remotely, or if Ms. Lee is unable to attend due to the unforeseen scheduling conflict, Defendants request that the Court permit another attorney from Ms. Lee's office who is familiar with this case to appear in person at the Status Conference.

Consistent with Local Rule 7-3, Defendants conferred with Plaintiff's counsel Cooper Mayne on March 3, 2026 regarding Defendants' counsel's request to appear remotely for the Scheduling Conference and Plaintiff's counsel did not lodge an objection.

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4919-0954-3571 v1

2

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANTS' REQUEST TO APPEAR REMOTELY

1  Accordingly, Defendants request the Court grant Defendants' request for
2  counsel Ms. Lee to appear remotely at the Scheduling Conference set for March 12,
3  2026, and in case Ms. Lee is unable to attend, that another lawyer for Defendant be
4  permitted to appear in person at such conference.

Dated: March 3, 2026                    BURKE, WILLIAMS & SORENSEN, LLP


                                        By:     /s/ Lisa W. Lee
                                            Lisa W. Lee
                                            Attorneys for Defendants
                                            CITY OF SIMI VALLEY, TYLER
                                            WILLIAMSON and ERIC COOK

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4919-0954-3571 v1

3

Case No. 2:25-cv-11601-MEMF (RAOx)
DEFENDANTS' REQUEST TO APPEAR REMOTELY