Lisa W. Lee (SBN 186495)
E-mail: llee@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600　Fax: 213.236.2700

Attorneys for Defendants
CITY OF SIMI VALLEY, TYLER WILLIAMSON and ERIC COOK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.J.N., a minor by and through his Guardian Ad Litem WILLIAM NAVAROLI, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SIMI VALLEY, TYLER WILLIAMSON, and ERIC COOK, <br><br> Defendants. | Case No. 2:25-CV-11601-MEMF (RAOX) <br><br> Hon. Maame Ewusi-Mensah Frimpong <br><br> **DECLARATION OF LISA W. LEE IN SUPPORT OF DEFENDANTS CITY OF SIMI VALLEY, TYLER WILLIAMSON AND ERIC COOK'S REQUEST TO APPEAR REMOTELY AT SCHEDULING CONFERENCE** <br><br> *[Filed concurrently with Request to Appear Remotely; and [Proposed] Order]* <br><br> Date: March 12, 2026 <br> Time: 10:00 a.m. <br> Ctrm.: 8B |

## DECLARATION OF LISA W. LEE

I, LISA W. LEE, declare as follows:

1. I am an attorney at law licensed to practice before this Court and all the courts of the State of California and the United States District Court, Central District of California. I am a partner at the law firm of Burke, Williams & Sorensen, LLP, attorneys of records for Defendants CITY OF SIMI VALLEY, TYLER

WILLIAMSON and ERIC COOK ("Defendants"). I am a co-lead attorney for Defendant and have been handling the day to day matters. The following statements are of my own personal knowledge, and if called upon to testify, I could and would testify under oath to the truth of the facts stated.

2. Pursuant to this Court's Standing Order, I am requesting the Court grant me permission to appear remotely at the Scheduling Conference currently set for March 12, 2026 at 10:00 a.m.

3. I submit that good cause exists for why an in-person appearance cannot be made because I am temporarily residing in the state of Florida and on March 12, 2026 am responsible for the care of my minor daughter.

4. A remote appearance would necessitate my finding an overnight nanny or babysitter to care for my daughter when I am out of town, and spare considerable time and expense occasioned by traveling to/from Florida for the Scheduling Conference.

5. In addition, I may have an unforeseen scheduling conflict on the date of the Scheduling Conference but will not know until end of day March 9, 2026. If the Court does not grant my request for a remote appearance or if I am not able to attend due to the unforeseen scheduling conflict, I request that the Court permit another attorney from my office who is familiar with this case to appear in person at the status conference.

6. Consistent with Local Rule 7-3, I met and conferred with Plaintiff's counsel Cooper Mayne on March 3, 2025 regarding my request to appear remotely for the scheduling conference set for March 12, 2026 at 10:00 a.m. Mr. Mayne did not lodge an objection to my appearing remotely at the scheduling conference.

///
///
///
///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4908-7925-2115 v1

2

Case No. 2:25-cv-11601-MEMF (RAOx)
DECLARATION OF LISA W. LEE IN SUPPORT OF REQUEST TO APPEAR REMOTELY

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct.
3  Executed this 3rd day of March 2026, in Palm Beach County, Florida.

_____
LISA W. LEE

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4908-7925-2115 v1

3

Case No. 2:25-cv-11601-MEMF (RAOx)
DECLARATION OF LISA W. LEE IN SUPPORT OF REQUEST TO APPEAR REMOTELY