UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.J.N., a minor by and through his Guardian Ad Litem WILLIAM NAVAROLI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SIMI VALLEY, TYLER WILLIAMSON, and ERIC COOK,<br><br>　　　　Defendants. | Case No. 2:25-CV-11601-MEMF (RAOX)<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS CITY OF SIMI VALLEY, TYLER WILLIAMSON AND ERIC COOK'S REQUEST TO APPEAR REMOTELY AT SCHEDULING CONFERENCE**<br><br>*[Filed concurrently with Request to Appear Remotely; and Declaration of Lisa W. Lee]*<br><br>Date:　March 12, 2026<br>Time:　10:00 a.m.<br>Ctrm.:　8B |

///
///
///
///
///
///

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4925-4943-7331 v1

1

Case No. 2:25-cv-11601-MEMF (RAOx)
[PROPOSED] ORDER GRANTING DEFS'
REQUEST TO APPEAR REMOTELY

The Court, having reviewed the request of Lisa W. Lee for Defendants CITY OF SIMI VALLEY, TYLER WILLIAMSON and ERIC COOK ("Defendants"), requesting permission as follows: (1) for Ms. Lee to appear remotely (via Zoom or another remote platform) on behalf of Defendants at the Scheduling Conference set for March 12, 2025 at 10:00 a.m., and (2) in the case that Ms. Lee is unable to appear remotely, that another attorney from Ms. Lee's office who is familiar with the case be permitted to attend in person. The Court finds that good cause exists to enter an order approving the request:

IT IS ORDERED THAT good cause shown, (1) Lisa W. Lee, Defendants CITY OF SIMI VALLEY, TYLER WILLIAMSON and ERIC COOK'S co-lead counsel, may appear remotely at the Scheduling Conference on March 12, 2026 at 10:00 a.m.; and (2) in the case that Ms. Lee is unable to appear remotely, that another attorney from Ms. Lee's office who is familiar with the case be permitted to attend in person.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
Hon. Maame Ewusi-Mensah Frimpong
United States District Court Judge

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4925-4943-7331 v1

2

Case No. 2:25-cv-11601-MEMF (RAOx)
[PROPOSED] ORDER GRANTING DEFS'
REQUEST TO APPEAR REMOTELY