Name, Address and Telephone Number of Attorney(s):
Lisa W. Lee (SBN 186495)
Email:   llee@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 S. Flower Street, 40th Floor, Los Angeles, CA 90071
Tel:   213-236-0600 / Fax:   213-236-2700

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.J.N., a minor by and through his Guardian Ad Litem WILLIAM NAVAROLI,<br><br>Plaintiff(s)<br>v.<br><br>CITY OF SIMI VALLEY, TYLER WILLIAMSON, and ERIK COOK,<br><br>Defendant(s). | CASE NUMBER: 2:25-cv-11601-MEMF (RAOx)<br><br><br>**STIPULATION REGARDING<br>SELECTION OF PANEL MEDIATOR** |

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

X☐  The parties stipulate that Richard Copeland may serve as the Panel

Mediator in the above-captioned case. Defendant's counsel Lisa Lee has contacted
(Print Name)

the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for

three hours. All parties and the Panel Mediator have agreed that the mediation will be held on

On or before 12/15/26 and counsel will submit mediation statements seven calendar
(Date)

days before the session.

☐  The parties request that ADR Program staff assign a Panel Mediator with expertise in the

following area of law: _____

|  |  |
|---|---|
|  | Cooper Mayne |
|  | Attorney For Plaintiff    T.J.N. |
| Dated:   03/31/26 | /s/ Cooper Mayne |
|  | Attorney For Plaintiff |
|  | Lisa W. Lee |
|  | Attorney For Defendant    City of Simi Valley, et al. |
| Dated:   03/31/26 | /s/ Lisa W. Lee |
|  | Attorney For Defendant |

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)          **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**

Case 2:25-cv-11601-MEMF-RAO    Document 26    Filed 03/31/26    Page 2 of 2   Page ID #:174