# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.J.N., a minor by and through his Guardian Ad Litem WILLIAM NAVAROLI,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SIMI VALLEY, et al.<br><br>Defendants. | Case No.: 2:25-cv-11601-MEMF-RAO<br><br>District Judge Maame Ewusi-Mensah Frimpong<br><br>**[PROPOSED] ORDER** |

Having reviewed the Parties' Joint Stipulation, and good cause having been shown, it is hereby ordered that the following dates shall be continued as follows:

| Deadline | Current | New Dates |
|---|---|---|
| Initial Expert Disclosures | August 26, 2026 | September 23, 2026 |
| Rebuttal Expert Disclosures | September 9, 2026 | October 7, 2026 |
| Discovery Cutoff | September 23, 2026 | October 21, 2026 |

IT IS SO ORDERED.

DATED:                                          UNITED STATES DISTRICT COURT


_____
Hon. Maame Ewusi-Mensah Frimpong

2