**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

T.J.N., a minor by and through his Guardian Ad Litem WILLIAM NAVAROLI,

Plaintiff,

v.

CITY OF SIMI VALLEY, et al.

Defendants.

Case No.: 2:25-cv-11601-MEMF-RAO

District Judge Maame Ewusi-Mensah Frimpong

**ORDER GRANTING JOINT STIPULATION TO CONTINUE CERTAIN DISCOVERY DEADLINES [DKT. NO. 28]**

Having reviewed the Parties' Joint Stipulation, and good cause having been shown, it is hereby ordered that the following dates shall be continued as follows:

| **Deadline** | **Current** | **New Dates** |
|---|---|---|
| Initial Expert Disclosures | August 26, 2026 | September 23, 2026 |
| Rebuttal Expert Disclosures | September 9, 2026 | October 7, 2026 |
| Discovery Cutoff | September 23, 2026 | October 21, 2026 |

**The Court notes that the Parties' Joint Stipulation is unaccompanied by a detailed declaration containing a highly detailed factual showing of good cause and due diligence, as required by the Civil Trial Order. Future stipulations that fail to comply with the Civil Trial Order will be summarily denied.**

IT IS SO ORDERED.

DATED: September 11, 2026

Hon. Maame Ewusi-Mensah Frimpong
United States District Judge