Algeria R. Ford (SBN 289016)
E-mail: aford@bwslaw.com
CITY ATTORNEY, CITY OF SIMI VALLEY
Lisa W. Lee (SBN 186495)
E-mail: llee@bwslaw.com
Natalie F. Price (SBN 279798)
E-mail: nprice@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants
CITY OF SIMI VALLEY, TYLER WILLIAMSON and ERIC COOKE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

T.J.N., a minor by and through his Guardian Ad Litem WILLIAM NAVAROLI,

Plaintiff,

v.

CITY OF SIMI VALLEY, TYLER WILLIAMSON, and ERIC COOK,

Defendants.

Case No. 2:25-cv-11601-MEMF (RAOx)

Hon. Maame Ewusi-Mensah Frimpong

**DECLARATION OF LISA W. LEE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Date: November 5, 2026
Time: 10:00 am
Crtrm.: 8B

Trial Date: February 22, 2027

# DECLARATION OF LISA W. LEE

I, LISA W. LEE, declare as follows:

1. I am an attorney at law licensed to practice before this Court and all the courts of the State of California. I am a partner at the law firm of Burke, Williams & Sorensen, LLP, attorneys of records for Defendants CITY OF SIMI VALLEY, TYLER WILLIAMSON and ERIC COOKE (collectively, "Defendants") in this action. I have personal knowledge of the statements herein, and if called upon to do so, I could and would testify competently thereto.

2. A true and correct copy of the relevant portions of the deposition of Defendant Officer Williamson are attached to the Appendix of Evidence as Exhibit A.

3. A true and correct copy of the relevant portions of the deposition of Defendant Officer Cooke are attached to the Appendix of Evidence as Exhibit B.

4. A true and correct copy of the relevant portions of Plaintiff T.J.N.'s deposition are attached to the Appendix of Evidence as Exhibit C.

5. A true and correct copy of Surveillance Video 1 CITY 00061 is attached as Exhibit D.

6. A true and correct copy of Surveillance Video 2 CITY 00062 is attached as Exhibit E.

7. A true and correct copy of the body worn video footage for Defendant Officer Williamson is attached as Exhibit F.

8. A true and correct copy of the CHP report is attached as Exhibit N.

9. A true and correct copy of Ed Flosi's report is attached as Exhibit O.

///

///

///

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of September, 2026, at Palm Beach County, Florida

LISA W. LEE