Algeria R. Ford (SBN 289016)
E-mail: aford@bwslaw.com
CITY ATTORNEY, CITY OF SIMI VALLEY
Lisa W. Lee (SBN 186495)
E-mail: llee@bwslaw.com
Natalie F. Price (SBN 279798)
E-mail: nprice@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants
CITY OF SIMI VALLEY, TYLER
WILLIAMSON and ERIC COOKE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

T.J.N., a minor by and through his Guardian Ad Litem WILLIAM NAVAROLI,

Plaintiff,

v.

CITY OF SIMI VALLEY, TYLER WILLIAMSON, and ERIC COOK,

Defendants.

Case No. 2:25-cv-11601-MEMF (RAOx)

Hon. Maame Ewusi-Mensah Frimpong

**DECLARATION OF DEFENDANT OFFICER WILLIAMSON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Date: November 5, 2026
Time: 10:00 am
Crtrm.: 8B

Trial Date: February 22, 2027

# DECLARATION OF OFFICER TYLER WILLIAMSON

I, OFFICER TYLER WILLIAMSON, declare as follows:

1. I am employed as an officer for the City of Simi Valley Police Department and have been for approximately 5 years. I have personal knowledge of the information set forth below, except those things set forth on information and belief, and as to those things, I believe them to be true.

2. On February 7, 2025, I received a call on my police radio regarding a group of juveniles causing a disturbance at Regal Plaza shopping center and that the juveniles were riding electric motorcycles.

3. I was in the parking lot of the police station on Michael Clark Parkway at the time I received the call on my police radio and in the process of exiting the parking lot, approached the intersection of Michael Clark and Alamo traveling south.

4. While stopped, I checked for east and west bound traffic on Alamo, and it appeared cross-traffic was slowing down after I turned on my lights, so I entered the intersection to clear it for officer and civilian safety.

5. I did not see Plaintiff on the electric motorcycle until I was approximately in the middle of the intersection from north to south.

6. I was equipped with body worn camera at the time of the accident. A true and correct copy of my body worn camera video footage from February 7, 2025 is attached as Exhibit F.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this ___ day of September, 2026, at ________________, California

TYLER WILLIAMSON