Algeria R. Ford (SBN 289016)
E-mail: aford@bwslaw.com
CITY ATTORNEY, CITY OF SIMI VALLEY
Lisa W. Lee (SBN 186495)
E-mail: llee@bwslaw.com
Natalie F. Price (SBN 279798)
E-mail: nprice@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants
CITY OF SIMI VALLEY, TYLER WILLIAMSON and ERIC COOKE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

T.J.N., a minor by and through his Guardian Ad Litem WILLIAM NAVAROLI,

Plaintiff,

v.

CITY OF SIMI VALLEY, TYLER WILLIAMSON, and ERIC COOK,

Defendants.

Case No. 2:25-cv-11601-MEMF (RAOx)

Hon. Maame Ewusi-Mensah Frimpong

**DEFENDANTS EVIDENTIARY OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

*[Filed Concurrently with Joint Motion for Summary Judgment; Joint Statement of Disputed & Undisputed Facts; Joint Appendix of Evidence; Decl. of Lisa W. Lee; Decl. of Tyler Williamson; Notice of Lodging; and [Proposed] Order]*

Date: November 5, 2026
Time: 10:00 am
Crtrm.: 8B

Trial Date: February 22, 2027

Pursuant to the Court's Civil Standing Order, Defendants CITY OF SIMI VALLEY and TYLER WILLIAMSON submit the following objections to evidence offered by Plaintiff in support of his opposition to Defendants' Motion for Summary Judgment.

| Item objected to | Objection |
|---|---|
| 1. AMF 51 ("officers were attempting to stop him") | Lacks foundation, personal knowledge (FRE 602, 901). |
| 2. AMF 53 "The file's clock begins at 19:30:00, so the 3:36 mark is 7:33:36 p.m." | Lacks foundation as to the time (FRE 901). The video itself does not depict the time. Vague as to the "the incident." (FRE 403) |
| 3. AMF 60 ("and drove into the intersection") | Vague. (FRE 403) |
| 4. AMF 64 ("It was dark.") | Vague as to time and location. (FRE 403) |
| 5. AMF 67 ("began his left turn" and "reached the eastbound lanes") | Vague. (FRE 403) |
| 6. AMF 68 | Vague as to time. (FRE 403) |
| 7. AMF 76 ("Plaintiff estimated the patrol vehicle's speed at "maybe somewhere around 30" miles per hour as it entered the intersection, and at "high 20s, maybe almost 30" at the moment of impact, faster than Plaintiff was traveling.") | The speed lacks foundation; speculation (FRE 602, 901). |

///

///

///

///

///

///

///

| | |
|---|---|
| 8. AMF 89 (Section 307.9.1 requires the Training Coordinator to make available "to all officers" the POST training on pursuits required by Penal Code section 13519.8, Vehicle Code section 17004.7(d), and 11 CCR 1081, and "no less than annual training addressing: (a) This policy. (b) The importance of vehicle safety and protecting the public. (c) The need to balance the known offense and the need for immediate capture against the risks to officers and others." Ex. H, CITY 00033.) | Calls for legal conclusion as to requirements under the Vehicle Code. |

Dated: September 24, 2026

BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ Lisa W. Lee
Lisa W. Lee
Natalie F. Price
Attorneys for Defendant
CITY OF SIMI VALLEY