UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| T.J.N., a minor by and through his Guardian Ad Litem WILLIAM NAVAROLI,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SIMI VALLEY, TYLER WILLIAMSON, and ERIC COOK,<br><br>Defendants. | Case No. 2:25-cv-11601-MEMF (RAOx)<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**[PROPOSED] ORDER ON DEFENDANTS EVIDENTIARY OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>*[Filed Concurrently with Joint Statement of Disputed & Undisputed Facts; Joint Appendix of Evidence; Decl. of Lisa W. Lee; Decl. of Tyler Williamson; Evidentiary Objections; and Notice of Lodging]*<br><br>Date: November 5, 2026<br>Time: 10:00 am<br>Crtrm.: 8B<br><br>Trial Date: February 22, 2027 |

The Court, having considered Plaintiff's Evidentiary Objections to evidence submitted in support of Defendants' Motion for Summary Judgment, rules as follows:

| Item objected to | Objection |
|---|---|
| 1. AMF 51 (“officers were attempting to stop him”) | Sustained ____<br>Overruled ____ |
| 2. AMF 53 “The file’s clock begins at 19:30:00, so the 3:36 mark is 7:33:36 p.m.” | Sustained ____<br>Overruled ____ |
| 3. AMF 60 (“and drove into the intersection”) | Sustained ____<br>Overruled ____ |
| 4. AMF 64 (“It was dark.”) | Sustained ____<br>Overruled ____ |
| 5. AMF 67 (“began his left turn” and “reached the eastbound lanes”) | Sustained ____<br>Overruled ____ |
| 6. AMF 68 | Sustained ____<br>Overruled ____ |
| 7. AMF 76 (“Plaintiff estimated the patrol vehicle’s speed at “maybe somewhere around 30” miles per hour as it entered the intersection, and at “high 20s, maybe almost 30” at the moment of impact, faster than Plaintiff was traveling.”) | Sustained ____<br>Overruled ____ |
| 8. AMF 89 (Section 307.9.1 requires the Training Coordinator to make available "to all officers" the POST training on pursuits required by Penal Code section 13519.8, Vehicle Code section 17004.7(d), and 11 CCR 1081, and "no less than annual training addressing: (a) This policy. (b) The importance of vehicle safety and protecting the public. (c) The need to balance the known offense and the need for immediate capture against the risks to officers and others."<br>Ex. H, CITY 00033.) | Sustained ____<br>Overruled ____ |

IT IS SO ORDERED.

Dated: ____________________ ____________________________________

Maame Ewusi-Mensah Frimpong
United States District Court Judge