Name & Address:

Lisa W. Lee (SBN 186495)
Email: llee@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 S. Flower St., 40th Fl., Los Angeles, CA 90071
Tel: 213-236-0600 / Fax: 213-236-2700

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

TANNER NAVAROLI an individual

PLAINTIFF(S)

v.

CITY OF SIMI VALLEY, et al.

DEFENDANT(S).

CASE NUMBER:
2:25-cv-11601-MEMF (RAOx)

**NOTICE OF MANUAL FILING OR LODGING**

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☒ Lodged: **(List Documents)**

1. Surveillance Video 1, CITY 00061 (PD_Emp_Parking_Lot_-_West_#2, 2025-02-07 19:33:00) - Ex. D to Appendix of Evidence;
2. Surveillance Video 2, CITY 00062 (PD West Emp Gate, 2025-02-07 19:30:00) - Ex. E to Appendix of Evidence;
3. Body worn camera video of Officer Williamson, CITY 00054 - Ex. F to Appendix of Evidence

**Reason:**

☐ Under Seal
☐ In Camera
☒ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: ____________________
☐ Other:

September 24, 2026
Date

/s/ Lisa W. Lee
Attorney Name
Attorney for Defendants City of Simi Valley, Tyler Williamson and Eric Cooke

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*