Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel: (818) 347-3333

Attorneys for Plaintiff
TANNER NAVAROLI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

TANNER NAVAROLI,

Plaintiff,

v.

CITY OF SIMI VALLEY, TYLER WILLIAMSON, and ERIC COOK,

Defendants.

Case No. 2:25-cv-11601-MEMF (RAOx)
Hon. Maame Ewusi-Mensah Frimpong

**NOTICE OF LODGMENT**

**NOTICE OF LODGING**

Plaintiff hereby lodges his Exhibit M to the Declaration of Cooper Alison-Mayne in Opposition to Defendants' Motion for Summary Judgment.

Dated: September 24, 2026

LAW OFFICES OF DALE K. GALIPO

By: /s/Cooper Alison-Mayne
Dale K. Galipo
Cooper Alison-Mayne
Attorneys for Plaintiff
TANNER NAVAROLI