TANNER NAVAROLI v. CITY OF SIMI VALLEY, et al.
Case No. 2:25-cv-11601-MEMF (RAOx)

Joint Brief on Defendants' Motion for Summary Judgment

# EXHIBIT M

*An exhibit to the Declaration of Cooper Alison-Mayne, ¶ 6*

**VIDEO EXHIBIT**

Surveillance Video, City camera facing the Michael Clark Parkway and Alamo Street intersection, February 7, 2025.

| | |
|---|---|
| **File name:** | [CITY 00058] CONFIDENTIAL - PD Alamo EntrPTZ-2025-02-07_19h30min00s000ms.mp4 |
| **Bates No.:** | CITY 00058 |

The video file identified above cannot be filed electronically. A copy was lodged concurrently with the Court on a USB flash drive and served on all parties.