Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel: (818) 347-3333

Attorneys for Plaintiff
TANNER NAVAROLI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TANNER NAVAROLI,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SIMI VALLEY, TYLER WILLIAMSON, and ERIC COOK,<br><br>Defendants. | Case No. 2:25-cv-11601-MEMF (RAOx)<br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**PLAINTIFF'S EVIDENTIARY OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: November 5, 2026<br>Time: 10:00 am<br>Crtrm.: 8B<br>Trial Date: February 22, 2027 |

**PLAINTIFF'S EVIDENTIARY OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to the Court's Civil Standing Order, Plaintiff Tanner Navaroli submits the following objections to evidence offered by Defendants in support of their Motion for Summary Judgment.

| Item objected to | Objection |
|---|---|
| 1. UMF 2 ("driving recklessly"); UMF 3 ("driving recklessly"). | Improper opinion and legal conclusion. Fed. R. Evid. 701, 704. Whether conduct is "reckless" is a conclusion for the trier of fact, not a statement of fact, and a lay witness may not offer it. |
| 2. UMF 12 ("traveling at an unsafe and high rate of speed"). | Improper opinion and legal conclusion. Fed. R. Evid. 701, 704. Whether a speed is "unsafe" is a conclusion for the trier of fact. The underlying estimate to which the witness testified was "approximately 30 miles per hour." Ex. B, Cooke Depo. 20:14-17. |

Dated: September 24, 2026

LAW OFFICES OF DALE K. GALIPO

By: /s/Cooper Alison-Mayne
Dale K. Galipo
Cooper Alison-Mayne
Attorneys for Plaintiff
TANNER NAVAROLI