UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

TANNER NAVAROLI,

Plaintiff,

v.

CITY OF SIMI VALLEY, TYLER WILLIAMSON, and ERIC COOK,

Defendants.

Case No. 2:25-cv-11601-MEMF (RAOx)
Hon. Maame Ewusi-Mensah Frimpong

**[PROPOSED] ORDER ON PLAINTIFF'S EVIDENTIARY OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

# [PROPOSED] ORDER ON PLAINTIFF'S EVIDENTIARY OBJECTIONS

The Court, having considered Plaintiff's Evidentiary Objections to evidence submitted in support of Defendants' Motion for Summary Judgment, rules as follows:

| **Objection** | **Ruling** |
|---|---|
| 1. UMF 2 ("driving recklessly"); UMF 3 ("driving recklessly"). | Sustained ____<br>Overruled ____ |
| 2. UMF 12 ("traveling at an unsafe and high rate of speed"). | Sustained ____<br>Overruled ____ |

IT IS SO ORDERED.

Dated: _______________, 2026

_________________________________
Hon. Maame Ewusi-Mensah Frimpong
United States District Judge