Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel: (818) 347-3333

Attorneys for Plaintiff
TANNER NAVAROLI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TANNER NAVAROLI,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SIMI VALLEY, TYLER WILLIAMSON, and ERIC COOK,<br><br>Defendants. | Case No. 2:25-cv-11601-MEMF (RAOx)<br>Hon. Maame Ewusi-Mensah Frimpong<br>DECLARATION OF COOPER ALISON-MAYNE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br>Date: November 5, 2026<br>Time: 10:00 am<br>Crtrm.: 8B<br>Trial Date: February 22, 2027 |

**DECLARATION OF COOPER ALISON-MAYNE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Cooper Alison-Mayne, declare as follows:

1. I am an attorney licensed to practice before this Court and an associate at the Law Offices of Dale K. Galipo, counsel of record for Plaintiff Tanner Navaroli

in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them.

2. Exhibit G to the Parties' Joint Appendix of Evidence, Dkt. 30-1 at 160-169, is a true and correct copy of the City of Simi Valley Incident Report prepared by Defendant Tyler Williamson concerning the February 7, 2025 collision, bearing Bates numbers CITY 00001 through CITY 00009, which Defendants produced to Plaintiff in discovery in this action.

3. Exhibit H to the Joint Appendix of Evidence, Dkt. 30-1 at 170-182, is a true and correct copy of Simi Valley Police Department Policy 307, Vehicle Pursuits, bearing Bates numbers CITY 00022 through CITY 00033, which Defendants produced to Plaintiff in discovery in this action.

4. Exhibit I to the Joint Appendix of Evidence, Dkt. 30-1 at 183-199, comprises true and correct copies of Defendant City of Simi Valley's Responses to Plaintiff's Requests for Production of Documents, Set One, served September 4, 2026, together with the documents produced with those responses bearing Bates numbers CITY 00061 (DMV registration for Unit 41), CITY 00091 (manufacturer's certification label for Unit 41), and CITY 00092 through CITY 00095 (purchase order for Unit 41 equipment).

5. Exhibit J to the Joint Appendix of Evidence, Dkt. 30-1 at 200-203, is the Declaration of Tanner J. Navaroli, executed on September 22, 2026.

6. Exhibit M is a true and correct copy of the surveillance video file produced by Defendants in discovery bearing Bates number CITY 00058, recorded by a City camera facing the intersection of Michael Clark Parkway and Alamo Street on February 7, 2025. Because the video file cannot be filed electronically, it was lodged with the Court on a USB flash drive and served on all parties, as reflected in Plaintiff's Notice of Lodging, Dkt. 35. A cover sheet identifying the file appears in the Joint Appendix of Evidence at Dkt. 30-1 at 223. The file's clock begins at

19:30:00. I have reviewed the file. At the 3:31 mark it shows the patrol vehicle stopped at the signal; at the 3:36 mark it shows an e-bike with its lights on come into view turning onto Michael Clark Parkway toward the intersection; at the 3:37 mark it shows the patrol vehicle begin to move and enter the intersection; at about the 3:40 mark it shows the patrol vehicle's overhead emergency lights come on; at the 3:39 mark it shows the e-bike begin a left turn toward the crosswalk on the south side of Alamo Street, at which point the patrol vehicle had not yet reached the eastbound lanes of Alamo Street; at the 3:42 mark it shows the e-bike crossing in front of the patrol vehicle from the patrol vehicle's left to its right; at the 3:43 mark it shows a white vehicle traveling eastbound on Alamo Street toward the intersection on a green signal; at the 3:44 mark it shows the patrol vehicle turn to its right toward the e-bike, the collision, the rider thrown, and the white vehicle braking to a stop; and at about the 3:45 mark it shows the patrol vehicle stopped in the crosswalk in the eastbound lanes of Alamo Street. Throughout these events the roadway is illuminated by overhead streetlights along Michael Clark Parkway and at its intersection with Alamo Street.

7. Exhibit L to the Joint Appendix of Evidence, Dkt. 30-1 at 208-222, comprises true and correct copies of the relevant pages of the Rule 26 rebuttal report of Edward T. Flosi, served by Defendants on September 9, 2026, specifically the cover page, report pages 17 through 24, 27, 30 and 32 through 34, and the signature page on which Mr. Flosi signs under penalty of perjury.

8. Exhibits A, B and C to the Joint Appendix of Evidence, Dkt. 30-1 at 5-63, 64-95 and 96-156, are the consolidated excerpts of the depositions of Tyler Williamson (taken May 19, 2026), Eric Cooke (taken May 19, 2026), and Tanner Navaroli (taken May 20, 2026). After meeting and conferring with defense counsel, the parties prepared each exhibit to contain every transcript page cited by either party, together with one full page before and after each cited excerpt, as required by

the Court's Civil Standing Order. The reporter's certifications are included in each.

9. This declaration was prepared for filing as Exhibit K to the Parties' Joint Appendix of Evidence and was transmitted to counsel for Defendants for that purpose on September 22, 2026. Defendants assembled and filed the Joint Appendix of Evidence. As filed, the three pages behind the Exhibit K cover page, Dkt. 30-1 at 205-207, are a duplicate of Exhibit J, the Declaration of Tanner J. Navaroli, which appears at Dkt. 30-1 at 201-203. This declaration does not appear in the Joint Appendix of Evidence as filed. The omission appears to have been inadvertent. Plaintiff files this declaration separately so that the exhibits identified above are properly authenticated and before the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 25, 2026, at Woodland Hills, California.

/s/ Cooper Alison-Mayne
Cooper Alison-Mayne