Lisa W. Lee (SBN 186495)
E-mail: llee@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants
CITY OF SIMI VALLEY, TYLER WILLIAMSON and ERIC COOK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

T.J.N., a minor by and through his Guardian Ad Litem WILLIAM NAVAROLI,

Plaintiff,

v.

CITY OF SIMI VALLEY, TYLER WILLIAMSON, and ERIC COOK,

Defendants.

Case No. 2:25-CV-11601-MEMF (RAOX)

Hon. Maame Ewusi-Mensah Frimpong
Hon. John A. Kronstadt

**DEFENDANTS CITY OF SIMI VALLEY, TYLER WILLIAMSON AND ERIC COOK'S REQUEST TO APPEAR REMOTELY AT THE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

*[Filed concurrently with Declaration of Lisa W. Lee; and [Proposed] Order]*

Date: November 5, 2026
Time: 9:30 a.m.
Ctrm.: 10C

///

///

///

///

///

///

///

TO THE HONORABLE JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE, AND ALL PARTIES HEREIN: Defendants CITY OF SIMI VALLEY, TYLER WILLIAMSON and ERIC COOK ("Defendants") respectfully requests that its counsel, Lisa W. Lee, be permitted to appear remotely (via Zoom or another remote platform) at the hearing on Defendants' Motion for Summary Judgment set for November 5, 2026, at 9:30 a.m.

Good cause exists for Defendants' counsel to appear remotely at the hearing on Defendants' Motion for Summary Judgment set for November 5, 2026, at 9:30 a.m. Defendants' co-lead counsel who was set to appear for this hearing is no longer with Defendants' counsel's law firm, Ms. Lee is temporarily residing in the state of Florida and on November 5, 2026 is responsible for the care for her minor daughter.

A remote appearance would necessitate Ms. Lee finding an overnight babysitter to care for her daughter when she is in California, and spare considerable time and expense occasioned by traveling to/from Florida for the hearing. Accordingly, Defendants respectfully request the Court to grant this request for a remote appearance at the hearing on Defendant's Motion for Summary Judgment for Ms. Lee.

Consistent with Local Rule 7-3, Defendants conferred with Plaintiff's counsel Cooper Mayne on November 2, 2026 regarding Defendants' counsel's request to appear remotely for the November 5, 2026 hearing and Plaintiff's counsel informed that Plaintiff has no objection.

Accordingly, Defendants request the Court grant Defendants' request for counsel Ms. Lee to appear remotely at the hearing on Defendants' Motion for Summary Judgment set for November 5, 2026.

///

///

///

Dated: November 2, 2026

BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ Lisa W. Lee
Lisa W. Lee
Attorneys for Defendants
CITY OF SIMI VALLEY, TYLER WILLIAMSON and ERIC COOK