Lisa W. Lee (SBN 186495)
E-mail: llee@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants
CITY OF SIMI VALLEY, TYLER WILLIAMSON and ERIC COOK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.J.N., a minor by and through his Guardian Ad Litem WILLIAM NAVAROLI,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SIMI VALLEY, TYLER WILLIAMSON, and ERIC COOK,<br><br>Defendants. | Case No. 2:25-CV-11601-MEMF (RAOX)<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>Hon. John A. Kronstadt<br><br>**DECLARATION OF LISA W. LEE IN SUPPORT OF DEFENDANTS CITY OF SIMI VALLEY, TYLER WILLIAMSON AND ERIC COOK'S REQUEST TO APPEAR REMOTELY AT THE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>*[Filed concurrently with Request to Appear Remotely; and [Proposed] Order]*<br><br>Date: November 5, 2026<br>Time: 9:30 a.m.<br>Ctrm.: 10C |

///

///

///

///

///

///

# DECLARATION OF LISA W. LEE

I, LISA W. LEE, declare as follows:

1. I am an attorney at law licensed to practice before this Court and all the courts of the State of California and the United States District Court, Central District of California. I am a partner at the law firm of Burke, Williams & Sorensen, LLP, attorneys of records for Defendants CITY OF SIMI VALLEY, TYLER WILLIAMSON and ERIC COOK ("Defendants"). I am a co-lead attorney for Defendant and have been handling the day-to-day matters. The following statements are of my own personal knowledge, and if called upon to testify, I could and would testify under oath to the truth of the facts stated.

2. Pursuant to this Court's Standing Order, I am requesting the Court grant me permission to appear remotely at the hearing on Defendants' Motion for Summary Judgment currently set for November 5, 2026 at 9:30 a.m.

3. I submit that good cause exists for why an in-person appearance cannot be made because Defendants' co-lead counsel who was set to appear for this hearing is no longer with Defendants' counsel's law firm, I am temporarily residing in the state of Florida and on November 5, 2026, I am responsible for the care for my minor daughter.

4. A remote appearance would necessitate my finding an overnight nanny or babysitter to care for my daughter when I am out of town, and spare considerable time and expense occasioned by traveling to/from Florida for the hearing.

5. Consistent with Local Rule 7-3, I notified Plaintiff's counsel Cooper Mayne on November 2, 2026 regarding my request to appear remotely for the scheduling conference set for the hearing on Motion for Summary Judgment at 9:30 a.m., and Mr. Mayne stated that he has no objection.

///

///

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 2nd day of November 2026, in Palm Beach County, Florida.

LISA W. LEE