UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.J.N., a minor by and through his Guardian Ad Litem WILLIAM NAVAROLI,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SIMI VALLEY, TYLER WILLIAMSON, and ERIC COOK,<br><br>Defendants. | Case No. 2:25-CV-11601-MEMF (RAOX)<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>Hon. John A. Kronstadt<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS CITY OF SIMI VALLEY, TYLER WILLIAMSON AND ERIC COOK'S REQUEST TO APPEAR REMOTELY AT HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>*[Filed concurrently with Request to Appear Remotely; and Declaration of Lisa W. Lee]*<br><br>Date: November 5, 2026<br>Time: 9:30 a.m.<br>Ctrm.: 10C |

///

///

///

///

///

The Court, having reviewed the request of Lisa W. Lee for Defendants CITY OF SIMI VALLEY, TYLER WILLIAMSON and ERIC COOK ("Defendants"), requesting permission for Ms. Lee to appear remotely (via Zoom or another remote platform) on behalf of Defendants at the hearing on Defendants' Motion for Summary Judgment set for November 5, 2026 at 9:30 a.m. The Court finds that good cause exists to enter an order approving the request.

IT IS ORDERED THAT good cause shown, Lisa W. Lee, Defendants CITY OF SIMI VALLEY, TYLER WILLIAMSON and ERIC COOK'S co-lead counsel, may appear remotely at the Defendants' Motion for Summary Judgment set for November 5, 2026 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: ________________, 2026

__________________________________

Hon. John A. Kronstadt
United States District Court Judge