**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.J.N., a minor by and through his Guardian Ad Litem WILLIAM NAVAROLI,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SIMI VALLEY, et al.<br><br>Defendants. | No. 2:25-cv-11601-MEMF (RAOx)<br><br>**ORDER RE DEFENDANTS' REQUEST FOR REMOTE APPEARANCE (DKT. 40)** |

Based on a review of Defendants' Request for Remote Appearance (Dkt. 40, the "Request"), sufficient good cause has been shown for the requested relief. Accordingly, the Request is **GRANTED** as follows. Lisa W. Lee, counsel for Defendants, may appear remotely at the hearing on the Motion for Summary Judgment scheduled for November 5, 2026. Counsel is directed to refer to the Court's page (https://www.cacd.uscourts.gov/honorable-john-kronstadt) found on the website for the United States District Court for Zoom webinar information.

**IT IS SO ORDERED.**

Dated: November 3, 2026

John A. Kronstadt
United States District Judge