**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

T.J.N., a minor by and through his Guardian Ad Litem WILLIAM NAVAROLI,

Plaintiff,

v.

CITY OF SIMI VALLEY, et al.

Defendants.

No. 2:25-cv-11601-MEMF (RAOx)

**ORDER RE NOTICE OF CONDITIONAL SETTLEMENT (DKT. 43)**

On November 4, 2026, the Parties filed a Notice of Conditional Settlement, which states that they have reached a conditional settlement of this action in its entirety. Dkt. 43 (the "Notice"). In light of the Notice, all dates and deadlines in this matter are vacated, including the Hearing on Defendants' Motion for Summary Judgment currently set for November 5, 2026, at 9:30 a.m. The Court congratulates the Parties and their counsel on the reported result.

On or before January 25, 2027, the Parties are directed to file either (1) a stipulation for the dismissal of the entire action, or (2) a report on the status of the settlement process, and a date by which they anticipate finalizing the settlement agreement and requesting the dismissal of the action. If such a report is filed, based on a review of it, a determination will be made whether to set an Order to Show Cause re Dismissal on a date that corresponds to the information provided in the report.

**IT IS SO ORDERED.**

Dated: November 4, 2026

John A. Kronstadt
United States District Judge